writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas M. Wilkins* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *Joseph M. Jones* for respondent.

No. 118. CHAIN O'MINES, INC., ET AL. *v.* UNITED GILPIN CORPORATION ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Felix J. Streyckmans* for petitioners. *Mr. Abraham W. Brussell* for respondents.

No. 122. CORNETT *v.* SWIFT COAL & TIMBER CO. ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Cleon K. Calvert* for petitioner. *Messrs. Samuel M. Wilson* and *E. L. McDonald* for respondents.

No. 123. MOON *v.* HOME LIFE INSURANCE Co.; and

No. 124. SAME *v.* MUTUAL BENEFIT HEALTH & ACCIDENT ASSN. October 14, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Thomas West Peyton IV* for petitioner. *Mr. Harry Scherr* for respondents. Reported below: 110 F. 2d 184.

No. 127. J. E. RILEY INVESTMENT CO. ET AL. *v.* SAKOW. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. J. Joseph Sullivan* for petitioners. *Messrs. Cecil H. Clegg* and *Herman Weinberger* for respondent.